PER CURIAM.
Affirmed. See Bumper v. North Carolina, 391 U.S. 543, 88 S.Ct. 1788, 20 L.Ed.2d 797 (1968); Spenkelink v. Wainwright, 578 F.2d 582 (5th Cir.1978), cert. denied mem., 440 U.S. 976, 99 S.Ct. 1548, 59 L.Ed.2d 796 (1979); Breedlove v. State, 413 So.2d 1 (Fla.), cert. denied mem., - U.S. -, 103 S.Ct. 184, 74 L.Ed.2d 149 (1982); Adams v. State, 412 So.2d 850 (Fla.), cert. denied mem., - U.S. -, 103 S.Ct. 182, 74 L.Ed.2d 148 (1982); Steinhorst v. State, 412 So.2d 332 (Fla.1982); Riley v. State, 366 So.2d 19 (Fla.1978), cert. denied mem.,-U.S. -, 103 S.Ct. 317, 74 L.Ed.2d 294 (1982); Jackson v. State, 419 So.2d 394 (Fla. 4th DCA 1982); Mainor v. State, 415 So.2d 827 (Fla. 3d DCA 1982); Hicks v. State, 414 So.2d 1137 (Fla. 3d DCA 1982); Monarca v. State, 412 So.2d 443 (Fla. 5th DCA 1982); Fields v. State, 379 So.2d 408 (Fla. 3d DCA 1980); Mahone v. State, 222 So.2d 769 (Fla. 3d DCA 1969).